General Complaint



**FILED**
SEP 0 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

JIMMY NGUYEN and CATHERINE NGUYEN, Plaintiffs,

Case Number: 4:25 cv 952

List the full name of each plaintiff in this action.

VS.

US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust, FAY SERVICING, LLC.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

   In process of seeking legal counsel.

  C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

  A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes __✓__ No

  B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

    1. Approximate file date of lawsuit: _____

    2. Parties to previous lawsuit(s):

     Plaintiff _____

     Defendant_____

  Attach a separate piece of paper for additional plaintiffs or defendants.

    3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

     _____

    4. Docket number in other court. _____

    5. Name of judge to whom the case was assigned.
     _____

    6. Disposition: Was the case dismissed, appealed or still pending?

     _____

    7. Approximate date of disposition. _____

III.  Parties to this suit:

    A.  List the full name and address of each plaintiff:

        Pla #1 Jimmy Nguyen
        2421 Deerwood DR
        Little Elm, TX. 75068

        Pla #2 Catherine Nguyen
        2421 Deerwood DR
        Little Elm, TX. 75068

    B.  List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: US Bank Trust National Association, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust

        Dft #2: Fay Servicing, LLC

        Dft #3 _____

    Attach a separate sheet for additional parties.

IV:  Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

My name is Jimmy Nguyen with my spouse Catherine Nguyen, of the real property located at 2421 Deerwood Dr, Little Elm, TX. 75068, which serves as our homestead under Texas law. This property has been our primary residence since 2004. We never received a sales notice in regards to the property being sold. It was only through investors and adverstiment solicitation that we discovered our home was being sold at the courthouse on September 2, 2025. Fay Servicing never provided the required notice and is proceeding with the foreclosure illegally.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

We pray that the Honorable Judge and court grant us an Emergency TRO, as a result of Fay Servicing LLC not providing a proper notice of sale. This will give our family time to seek proper legal counsel.

Signed this __2nd__ day of __September__, 20 __25__.
 (Month) (Year)

*Catherine Nguyen* (signature)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __09-02-2025__
 Date

*Catherine Nguyen* (signature)

Signature of each plaintiff