CAUSE NO

| | | |
|---|---|---|
| JIMMY NGUYEN AND CATHERINE NGUYEN, PLAINTIFFS, | § § § | IN THE UNITED STATES DISTRICT COURT |
| V. | § § § | FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, FAY SERVICING, LLC, ET AL., Defendants. | § § § § § § § § § | |

## EXHIBIT COVER SHEET

### PLAINTIFF'S EXHIBITS IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

---

## EXHIBIT INDEX

**EXHIBIT A**
VOID Note - Stamped Void Endorsement (2007)
Original promissory note with Wells Fargo endorsement STAMPED VOID and HAND WRITTEN VOID, creating broken chain of title from inception and rendering foreclosure legally impossible.

**EXHIBIT B-1**
JPMorgan Lost Note Affidavit (2022)
Court affidavit swearing original note "has been lost or destroyed" creating legal impossibility for foreclosure proceedings.

**EXHIBIT B**
First Foreclosure Attempt (2022)
Initial foreclosure proceedings documentation showing pattern of illegal conduct using destroyed note.

**EXHIBIT C**
Foreclosure Pattern (2023)
Second foreclosure attempt demonstrating systematic violations and bad faith conduct using same legally impossible note.

**EXHIBIT D**
Active Foreclosure Order (2025)
Current foreclosure proceedings documentation with imminent sale date: September 2, 2025, demonstrating emergency circumstances requiring immediate relief.

**EXHIBIT E**
CFPB Consent Order (2025)
Federal government enforcement action against Fay Servicing for systematic violations during Plaintiffs' loan servicing period.

**EXHIBIT F**
Collin County Tax Records (2024)
Official 2024 tax assessment showing $469,927 equity at risk, demonstrating irreparable harm from foreclosure of constitutional homestead property.

**I hereby certify that this exhibit index is true and correct and that all referenced exhibits are attached hereto.**

_[Signature]_  9/1/25

**JIMMY NGUYEN**
**Pro Se**
**2421 Deerwood Drive**
**Little Elm, Texas 75068**
**Phone: (972) 379-7003**