CAUSE NO

| | | |
|---|---|---|
| JIMMY NGUYEN AND CATHERINE NGUYEN, PLAINTIFFS, | § § § | IN THE UNITED STATES DISTRICT COURT |
| V. | § § § | |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, FAY SERVICING, LLC, ET AL., Defendants. | § § § § § § § § § | FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION |

## CERTIFICATE OF SERVICE

**Pursuant to Federal Rule of Civil Procedure 5, Federal Rule 65(b)(2), and Texas Rule of Civil Procedure 21a**

**SPECIAL CIRCUMSTANCES - NO ADVANCE NOTICE PROVIDED TO DEFENDANTS**

Due to **emergency circumstances** and the fact that **Defendants provided NO NOTICE to Plaintiffs** of the foreclosure sale (discovered only through investor contact), service is being made **simultaneously with filing** pursuant to **Federal Rule of Civil Procedure 65(b)(2)** following **Belanger v. BAC Home Loans Servicing**, 839 F. Supp. 2d 873 (W.D. Tex. 2011).

I hereby certify that a true and correct copy of the foregoing **Plaintiffs' Ex Parte Application for Temporary Restraining Order**, supporting affidavits, and all exhibits **have been or will be served immediately** upon the following parties by the method indicated:

DEFENDANTS AND THEIR COUNSEL:

**US BANK TRUST NATIONAL ASSOCIATION**
c/o Registered Agent: US Bank Trust National Association c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801

Service Method:
☐ Hand delivery
☐ Certified mail, return receipt requested
☐ Electronic service
☐ Facsimile transmission
☒ Other: Notice will be provided upon entry of TRO

**FAY SERVICING, LLC**
425 S. Financial Place, Suite 2000
Chicago, Illinois 60605

**Service Method:**
☐ Hand delivery
☐ Certified mail, return receipt requested
☐ Electronic service
☐ Facsimile transmission
☒ Other: Notice will be provided upon entry of TRO

**MARY AKAPO**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
5601 Executive Drive, Suite 400
Irving, Texas 75038
(817) 873-3080, Ext. 53121
marakapo@raslg.com

**Service Method:**
☐ **Hand delivery**
☐ **Certified mail, return receipt requested**
☐ **Electronic service via email**
☐ **Facsimile transmission to: [Fax Number]**
☒ **Other: Notice will be provided upon entry of TRO**

_/s/ Jimmy Nguyen_   9/1/25
**JIMMY NGUYEN**
Pro Se
**2421 Deerwood Drive**
**Little Elm, Texas 75068**
**Phone: (972) 379-7003**
**Email: shortsaledfw@gmail.com**

2