# EXHIBIT B

FILED: 1/25/2022 10:17 AM
David Trantham
Denton County District Clerk
By: Jaimie Ransom, Deputy

CAUSE NO. 22-0655-362

| | | |
|---|---|---|
| In Re: Order of Foreclosure Concerning | § § | IN THE DISTRICT COURT |
| 2421 DEERWOOD DRIVE | § | |
| LITTLE ELM, TX 75068 | § | |
| Under Tex. R. Civ. P. 736 | § § | |
| Petitioner: US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST | § § § § § | OF DENTON COUNTY, TEXAS |
| Respondent(s): JIMMY NGUYEN and CATHERINE NGUYEN | § § § | _____ JUDICIAL DISTRICT |

### APPLICATION FOR AN EXPEDITED ORDER UNDER RULE 736 ON A HOME EQUITY LOAN

1. Petitioner is US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, its successors and assigns, whose last known address is C/O FAY SERVICING LLC 425 S. FINANCIAL PLACE, SUITE 2000, CHICAGO, IL 60605, as servicer.

2. Respondent is JIMMY NGUYEN whose last known address is 2421 DEERWOOD DRIVE, LITTLE ELM, TEXAS 75068. Respondent is CATHERINE NGUYEN whose last known address is 2421 DEERWOOD DRIVE, LITTLE ELM, TEXAS 75068.

3. The property encumbered by the loan agreement, contract, or lien sought to be foreclosed is commonly known as 2421 DEERWOOD DRIVE, LITTLE ELM, TX 75068 with the following legal description:

    BEING LOT 35, IN BLOCK D, OF ELDORADO ESTATES, PHASE III, AN ADDITION TO THE TOWN OF LITTLE ELM, DENTON COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET U, PAGE 950, OF THE PLAT RECORDS OF DENTON COUNTY, TEXAS.

THIS IS AN EXTENSION OF CREDIT AS DEFINED BY SECTION 50(a)(6),
ARTICLE XVI OF THE TEXAS CONSTITUTION

# TEXAS HOME EQUITY NOTE
(Fixed Rate – First Lien)

December 19, 2007                                    LITTLE ELM, TEXAS

2421 DEERWOOD DRIVE
LITTLE ELM, TEXAS 75068-6634
(Property Address)

**1. BORROWER'S PROMISE TO PAY**

This is an extension of credit as defined by Section 50(a)(6), Article XVI of the Texas Constitution (the "Extension of Credit"). In return for the Extension of Credit that I have received evidenced by this Note, I promise to pay U.S. $158,250.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is
THE LENDING PARTNERS, LTD..
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

I understand that this is not an open-end account that may be debited from time to time or under which credit may be extended from time to time.

The property described above by the Property Address is subject to the lien of the Security Instrument executed concurrently herewith (the "Security Instrument").

**2. INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 6.750%. It is agreed that the total of all interest and other charges that constitute interest under applicable law shall not exceed the maximum amount of interest permitted by applicable law. Nothing in this Note or the Security Instrument shall entitle the Note Holder upon any contingency or event whatsoever, including by reason of acceleration of the maturity or Prepayment of the Extension of Credit, to receive or collect interest or other charges that constitute interest in excess of the highest rate allowed by applicable law on the Principal or on a monetary obligation incurred to protect the property described above authorized by the Security Instrument, and in no event shall I be obligated to pay interest in excess of such rate.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

**3. PAYMENTS**

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1st day of each month beginning February 1, 2008. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on January 1, 2038, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at
THE LENDING PARTNERS, LTD.
5085 W. PARK BLVD., SUITE 200
PLANO, TEXAS 75093
 or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments
My monthly payment will be in the amount of U.S. $1,026.41.

TEXAS HOME EQUITY NOTE (Fixed Rate-First Lien) - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3244.1 1/01
Page 1 of 4                                                                                    (rev. 10/03)
IDS, Inc. - (800) 554-1872                                         Borrower(s) Initials _____

**12. NO ORAL AGREEMENTS**

THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

(DO NOT SIGN IF THERE ARE BLANKS LEFT TO BE COMPLETED IN THIS DOCUMENT. THIS DOCUMENT MUST BE EXECUTED AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW OR A TITLE COMPANY. YOU MUST RECEIVE A COPY OF THIS DOCUMENT AFTER YOU HAVE SIGNED IT.)

_____ (Seal)        _____ (Seal)
JIMMY NGUYEN                  -Borrower                                     -Borrower
                                                                   (Sign Original Only)

Pay to the order of
Without Recourse this ___ day of _____
[VOID]
By: _____
    JENNIFER Y'BARBO
Its: SECONDARY MARKETING MANAGER

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
WITHOUT RECOURSE
THIS ___ DAY OF _____, 200_
[VOID]
BY: _____
ELIZABETH SPROAT
VICE PRESIDENT OF THE LENDING PARTNERS, LTD.

PAY TO THE ORDER OF JPMorgan Chase Bank, N.A.,
WITHOUT RECOURSE
THIS ___ DAY OF December, 200 7
BY: _____
NAME: Elizabeth Sproat
TITLE: Vice President
The Lending Partners, LTD.

Pay to the Order of:
Without Recourse
JPMorgan Chase Bank, N.A.
BY: _____
LAKESHA BESS/ASSISTANT SECRETARY

TEXAS HOME EQUITY NOTE (Fixed Rate-First Lien) - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT        Form 3244.1 1/01
Page 4 of 4                                                                                       (rev. 10/03)
IDS, Inc. - (800) 554-1872