# EXHIBIT B-1

Case 4:25-cv-00952-ALM-BD   Document 3-5   Filed 09/02/25   Page 1 of 4 PageID #: 71



STATE OF LOUISIANA

PARISH OF OUACHITA

### AFFIDAVIT OF LOST NOTE

I, the undersigned, being duly sworn, state as follows:

1. I am a/an Vice President of JPMorgan Chase Bank, N.A. ("Chase"). Chase is the custodian of the collateral documents described below. I have access to the business records of Chase and JPMorgan Chase Custody Services, Inc., a subsidiary of Chase, concerning that loan. I make this affidavit based upon my review of those records;

2. A Note (the "Note") dated December 19, 2007, in the original principal amount of $158,250.00, with an original interest rate of 6.750% per annum, providing for initial monthly payments in the amount of $1,026.41, was executed by Jimmy Nguyen, and secured by a Texas Home Equity Security Instrument dated December 19, 2007 and recorded in the office of the County Clerk of Denton County, Texas in Book N/A at Page N/A or as Instrument no. 2007-148660;

3. Chase's regular business practice is to store Notes secured by mortgages and deeds of trust in collateral files maintained by Chase's agent, JPMorgan Chase Custody Services, Inc., in a secure vault facility in Monroe, Louisiana. After a thorough and diligent manual search of the hard copy collateral file pertaining to this loan and the credit file maintained by Chase the original Note was not located;

4. The business records described above reflect that the Note was in JP Morgan Chase Custody Services, Inc.'s possession at the time it was lost or destroyed;

5. The loss of possession is not the result of the original Note being canceled or transferred to another party; and

6. A true and correct copy of the original Note is attached hereto.

JPMorgan Chase Bank, N.A.

Name: _Serina Lee_

Serina Lee

Title: Vice President

Date: July 31, 2013

Subscribed and sworn to before me this 31st day of July, 2013, by Serina Lee.

_Angela Ruth Payne_, Notary Public

State of Louisiana

ANGELA RUTH PAYNE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID# 60422

My commission expires: Lifetime
Personally known ____X____ OR
Produced identification ____N/A____.
Type of identification produced:
_____N/A_____.

### UNIFORM, ALL PURPOSE CERTIFICATE OF ACKNOWLEDGEMENT

(Outside of New York State)

STATE OF LOUISIANA

PARISH OF OUACHITA

On the ____ day of _____ in the year _____ before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public