# EXHIBIT C



# DAVID TRANTHAM
## DISTRICT CLERK

July 28, 2023

Catherine Nguyen
2421 Deerwood DR
Little Elm, TX 75068

431st Judicial District Court

Re:   Cause No. 23-0216-431
      In Re: Order of Foreclosure Concerning 2421 Deerwood Dr Little Elm, Texas 75068 Under Tex. R. Civ. P. 736, US Bank Trust National Association, Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust vs Jimmy Nguyen and Catherine Nguyen

You are hereby notified that on 07/27/2023 a/an Order to Proceed with Notice of Foreclosure Sale and Foreclosure Sale, an appealable order, was signed by the Judge of the 431st Judicial District Court.

You are receiving this notice in accordance with the provisions of Rule 306(a)(3) and/or Rule 239(a) of the Texas Rules of Civil Procedure and/or Rule 6.710 of the Texas Family Code.

A copy of the above referenced order is available for purchase at our office located at 1450 E. McKinney Street, Suite 1200, Denton, Texas 76209. Record requests can be made in person or online using the record request form found at dentoncounty.gov/dcl. All record requests will be worked in the order that they are received. Documents sealed by order or statute will not be provided unless permitted by law.

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. / Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.

Thank you,

/s/ Amy Romo
Amy Romo, Deputy Clerk



---

1450 E. MCKINNEY ST., FIRST FLOOR          P.O. BOX 2146                 DENTON, TEXAS 76202
940-349-2200                                FAX 940-349-2201              www.dentoncounty.gov

*MIN:* 100134200000046816                                    *Loan Number:* 90711015

**12. NO ORAL AGREEMENTS**

THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

(DO NOT SIGN IF THERE ARE BLANKS LEFT TO BE COMPLETED IN THIS DOCUMENT. THIS DOCUMENT MUST BE EXECUTED AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW OR A TITLE COMPANY. YOU MUST RECEIVE A COPY OF THIS DOCUMENT AFTER YOU HAVE SIGNED IT.)

_____ (Seal)        _____ (Seal)
JIMMY NGUYEN                    -Borrower                                     -Borrower
                                                                     (Sign Original Only)

Pay to the order of _____
Without Recourse this ___ day of _____, _____
By: _____
Its: JENNIFER Y'BARBO
     SECONDARY MARKETING MANAGER

[VOID]

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
WITHOUT RECOURSE
THIS ___ DAY OF _____, 200_
BY: _____
ELIZABETH SPROAT
VICE PRESIDENT OF THE LENDING PARTNERS, LTD.

PAY TO THE ORDER OF JPMorgan Chase Bank, N.A.
WITHOUT RECOURSE
THIS ___ DAY OF December, 200_7
BY: _____
NAME: Elizabeth Sproat
TITLE: Vice President
The Lending Partners, LTD.

Pay to the Order of:
Without Recourse
JPMorgan Chase Bank, N.A.
BY: _____
LAKESHA BESS/ASSISTANT SECRETARY

TEXAS HOME EQUITY NOTE (Fixed Rate-First Lien) - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT       Form 3244.1  1/01
IDS, Inc. - (800) 554-1872                          Page 4 of 4                                       (rev. 10/03)

Copy from re:SearchTX