# EXHIBIT D

FILED: 2/24/2025 1:48 PM
David Trantham
Denton County District Clerk
By: Kathie Tipping, Deputy

CAUSE NO. 24-11726-431

| | | |
|---|---|---|
| In Re: Order of Foreclosure Concerning<br>2421 DEERWOOD DR<br>LITTLE ELM, TEXAS 75068<br>Under Tex. R. Civ. P. 736 | § § § § § § | IN THE DISTRICT COURT |
| Petitioner:<br>US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST | § § § § § § § § | OF DENTON COUNTY, TEXAS |
| Respondent(s):<br>JIMMY NGUYEN and<br>CATHERINE NGUYEN | § § § § | 431st JUDICIAL DISTRICT |

## ORDER TO PROCEED
## WITH NOTICE OF FORECLOSURE SALE
## AND FORECLOSURE SALE

On this day, the Court considered the TEX. R. CIV. P. 736 Application for Home Equity Foreclosure Order filed by US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, its successors and assigns (hereinafter "Petitioner"). The Court has determined that it has jurisdiction over this matter and the parties in this proceeding. The Court is of the opinion that said Application should be granted. The Court finds:

1.   Petitioner is US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, its successors and assigns.

2.   Petitioner's address is c/o FAY SERVICING, LLC, 425 S. FINANCIAL PLACE, SUITE 2000, CHICAGO, ILLINOIS 60605.

MIN: █████████████████████

## 12. NO ORAL AGREEMENTS

THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

(DO NOT SIGN IF THERE ARE BLANKS LEFT TO BE COMPLETED IN THIS DOCUMENT. THIS DOCUMENT MUST BE EXECUTED AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW OR A TITLE COMPANY. YOU MUST RECEIVE A COPY OF THIS DOCUMENT AFTER YOU HAVE SIGNED IT.)

_____ (Seal)
JIMMY NGUYEN                -Borrower

_____ (Seal)
                            -Borrower
                        (Sign Original Only)

Pay to the order of
Without Recourse this ___ day of _____
[VOID stamp]
By: _____
JENNIFER Y'BARBO
Its: SECONDARY MARKETING MANAGER

PAY TO THE ORDER OF Wells Fargo Bank, N.A.
WITHOUT RECOURSE
THIS ___ DAY OF _____, 200_
[VOID stamp]
BY: _____
ELIZABETH SPROAT
VICE PRESIDENT OF THE LENDING PARTNERS, LTD.

PAY TO THE ORDER OF JPMorgan Chase Bank, N.A.
WITHOUT RECOURSE
THIS ___ DAY OF December, 2007
BY: _____
NAME: Elizabeth Sproat
TITLE: Vice President
The Lending Partners, LTD.

Pay to the Order of:
Without Recourse
JPMorgan Chase Bank, N.A.
BY: _____
LAKESHA BESS/ASSISTANT SECRETARY

TEXAS HOME EQUITY NOTE (Fixed Rate-First Lien) - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          Form 3244.1  1/01
                                           Page 4 of 4                                              (rev. 10/03)
IDS, Inc. • (800) 554-1872