# EXHIBIT E

# UNITED STATES OF AMERICA
# CONSUMER FINANCIAL PROTECTION BUREAU

ADMINISTRATIVE PROCEEDING
File No. 2024-CFPB-0007

| | |
|---|---|
| In the Matter of:<br><br>**FAY SERVICING, LLC** | **ORDER TERMINATING THE CONSENT ORDER** |

With the consent of Fay Servicing, LLC (Fay Servicing or Respondent) and through its Board of Directors, the Consumer Financial Protection Bureau (Bureau) issued a Consent Order on August 21, 2024, for violations of (i) the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536, including violations of a prior Bureau consent order, *In the Matter of Fay Servicing, LLC*, File No. 2017-CFPB-0014 (June 6, 2017); (ii) the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. §§ 2601-2617, and its implementing regulation, Regulation X, 12 C.F.R. part 1024; (iii) the Truth in Lending Act (TILA), 15 U.S.C. §§ 1601-1667f, and its implementing regulation, Regulation Z, 12 C.F.R. part 1026; and (iv) the Homeowners Protection Act (HPA), 12 U.S.C. §§ 4901-4910.

1

To this date, Fay Servicing has fulfilled several obligations under the Consent Order, including, among other things, paying a civil money penalty of $2 million and paying $3 million to the Bureau for Bureau-administered consumer redress, which the Bureau will distribute to consumers consistent with the terms of the Consent Order.

Pursuant to its authority under 12 U.S.C. § 5563(b)(3), the Bureau hereby terminates this Consent Order. The Bureau waives any alleged noncompliance by Fay Servicing with the Consent Order.

Accordingly, under Paragraph 114 of the Consent Order, the Bureau directs that the Consent Order be, and hereby is, terminated this 30 day of June, 2025.

Russell Vought
Acting Director
Consumer Financial Protection Bureau



# Fay Servicing, LLC

**CASE DOCKET**

| Document | Date filed | Short description |
|---|---|---|
|  | 08/01/2024 | Stipulation and Consent to the Sixth Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
|  | 08/01/2024 | Sixth Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
|  | 06/28/2024 | Stipulation and Consent to the Fifth Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
|  | 06/28/2024 | Fifth Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
|  | 06/06/2024 | Stipulation and Consent to the Fourth Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
|  | 06/06/2024 | Fourth Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
|  | 12/04/2023 | Stipulation and Consent to the Third Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |

| Document | Date filed | Short description |
|---|---|---|
| | 12/04/2023 | Third Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
| | 04/06/2023 | Stipulation and Consent to the Second Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
| | 04/06/2023 | Second Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
| | 02/08/2022 | Stipulation and Consent to the Modification of the Consent Order (Filed by *Consumer Financial Protection Bureau*) |
| | 02/08/2022 | Modification of Consent Order (Filed by *Consumer Financial Protection Bureau*) |
| | 06/07/2017 | Stipulation (Filed by *Consumer Financial Protection Bureau*) |
| | 06/07/2017 | Consent order (Filed by *Consumer Financial Protection Bureau*) |

## PROCEEDING DETAILS

### Category

Consent order and stipulation

### Institution type