# EXHIBIT F

**Scott Grigg**
**Tax Assessor\Collector**
**Collin County**
P.O. Box 8046
McKinney, TX 75070



Physical Location:
2300 Bloomdale Road Ste. 2324
McKinney, TX 75071
Ph: 972-547-5020

TAX STATEMENT 2024+   1 V1.1

STATEMENT DATE: 08/29/2025
ACCOUNT: R0103D0000352

LEGAL: ELDORADO ESTATES PH III BLK D LOT 35

OWNER: NGUYEN JIMMY & CATHERINE
PARCEL ADDRESS: 0002421 DEERWOOD DR
EXEMPTION CODES: HS001 CAP

PIDN: 2-255685
ACRES: 0.1638

| LAND VALUE | IMPROVEMENT VAL | APPRAISED VALUE |
|---|---|---|
| 112,438 | 357,489 | 469,927 |

| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
|---|---|---|---|---|---|
| FRISCO ISD | 162,814 | 307,113 | 1.025200 | 0.00 | 0.00 |
| | | | SUBTOTAL | 0.00 | 0.00 |
| | | | PRIOR YEARS | 0.00 | |
| | | | TOTAL AMOUNT DUE | 0.00 | |

*This top portion and your canceled check will serve as your receipt.*

^ *Detach on perforation and return this portion with your check payable to:*

Collin County
P.O. Box 8046
McKinney, TX 75070
972-547-5020

| TOTAL AMOUNT DUE |
|---|
| $0.00 |

^^AMOUNT DUE ON RECEIPT^^

OWNER: NGUYEN JIMMY & CATHERINE
2-255685

ACCOUNT:   R0103D0000352   2024+

NGUYEN JIMMY & CATHERINE
2421 DEERWOOD DR
LITTLE ELM TX 75068-6634

| IF PAID IN | AMOUNT DUE |
|---|---|
| SEP | 0.00 |
| OCT | 0.00 |
| NOV | 0.00 |
| DEC | 0.00 |
| JAN | 0.00 |
| FEB | 0.00 |

2024OR0103D00003520000000000000000000000000000000000000000000C01