TXED PS E-NTC (06/03/2024)

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

**NON-PRISONER PRO SE LITIGANT'S CONSENT TO RECEIVE ELECTRONIC NOTICE**
(This form does not seek permission to file electronically under Local Rule CV-5(a)(2)(B).)

**FILED**
SEP 0 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

A *pro se* litigant who is not in custody may consent to be served documents electronically. Most documents are served by email via CM/ECF's Notice of Electronic Filing (NEF), which includes a link to open the document. This link may be used one time for free within 15 days of the NEF's creation (the "free look"). The document should be saved at that time.

**To consent, you must agree to the statements below, sign the form in ink, and mail or deliver it to the divisional office where your case is pending:**

1. **Consent to Receive Electronic Notice:**

   *I consent to receive CM/ECF's NEF notice of public orders and judgments under Fed. R. Civ. P. 77(d), and I waive service by other means of all other public documents under Fed. R. Civ. P. 5(b)(2) unless electronic service is not allowed under the rules or due to CM/ECF's technical limitations. I also consent to receive any sealed document by email.*

   *If I wish to withdraw my consent in the future, I agree to file a notice in my case.*

2. **Agreement to Save Documents During the "Free Look" Period:**

   *I agree to save each document during the "free look" period described above. If the period has expired, I also agree to be charged PACER's per-page rate to view the document again or ask the clerk to regenerate the NEF so that a new "free look" period will be created.*

   *If the frequency that I request NEF regeneration negatively impacts the clerk's ability to provide timely service to other customers, I acknowledge that the clerk may terminate my electronic notice and notify all parties so that service by other means under Fed. R. Civ. P. 5(b)(2) may resume.*

3. **Agreement to Notify the Court When My Contact Information Changes:**

   *If my email address or other contact information changes, I agree to file a notice in my case.*

Name: Jimmy Nguyen   Case No.: 4:25CV952

Signature: [signature]   Date: 9/2/25

Email address: Shortsaledfw@gmail.com