# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JIMMY NGUYEN, *et al.* § | |
| § | |
| *Plaintiffs,* § | Civil Action No. 4:25-cv-00952 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| US BANK TRUST NATIONAL § | |
| ASSOCIATION, *et al.* § | |
| § | |
| *Defendants.* § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #5) that Plaintiffs Jimmy and Catherine Nguyen's Motion for a Temporary Restraining Order (Dkt. #2) be denied. On September 16, 2025, Plaintiffs filed Objections (Dkt. #6) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #6) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs Jimmy and Catherine Nguyen's Motion for a Temporary Restraining Order (Dkt. #2) is hereby **DENIED.**

**IT IS SO ORDERED**.

**SIGNED this 29th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE