IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JIMMY NGUYEN AND CATHERINE NGUYEN<br>    PLAINTIFFS<br><br>v.<br><br>US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST AND FAY SERVICING, LLC.<br>    DEFENDANTS | CIVIL ACTION NO. 4:25-cv-952-ALM-BD |

**ORIGINAL ANSWER OF**
**US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS**
**INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR**
**VRMTG ASSET TRUST AND FAY SERVICING, LLC.**

NOW COMES, US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ( US Bank) AND FAY SERVICING, LLC. (Fay), and files their Original Answer to Plaintiff's Complaint and would respectfully show the Court the following:

I. US Bank and Fay are without the requisite knowledge to admit or deny the allegations in paragraph I of the Complaint, therefore they are denied.

II. US Bank and Fay are without the requisite knowledge to admit or deny the allegations in paragraph II of the Complaint, therefore they are denied.

III. US Bank and Fay admit the allegations in paragraph 3 of the Complaint.

IV. US Bank and Fay are without the requisite knowledge to admit or deny the allegations in paragraph IV of the Complaint, therefore they are denied

V. On September 3, 2025 it was recommended by United States Magistrate Judge Bill Davis that Plaintiffs' ex parte motion for TRO, Dkt. 2, be Denied.  US Bank and Fay deny the allegations in paragraph V of the Complaint that Fay failed to provide a proper notice of the sale.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, US Bank and Fay pray that the Court

a. recognize the continued existence of and validity of the secured lien interest by US Bank and Fay;

b. order that payments, penalties and interest owing to US Bank and Fay be paid from the proceeds of the sale after the expenses of preservation of the sale and prior to distribution to any other claimant; and

c. for all further relief to which US Bank and Fay may be justly entitled.

Respectfully submitted,

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC

*/s/ John R. Lawson*
John R. Lawson
TSBN: 12059055
jlawson@raslg.com
5601 Executive Drive, Suite 400
Irving, TX 75038
Tel: (817) 873-3080, Ext 53173
Fax: (817) 796-6079
Lead Counsel
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court. Notice of this filing has been forwarded to all parties on the court's electronic mailing matrix in accordance with the Federal Rules of Civil Procedure on September 16, 2025.

*/s/ John R. Lawson*
John R. Lawson