JIMMY NGUYEN and § 
CATHERINE NGUYEN, §
 §
Plaintiffs, §
 §
 § **Civil Action No. 4:25-cv-00952-ALM-BD**
v. §
 §
FAY SERVICING, LLC and §
US BANK TRUST NATIONAL §
ASSOCIATION, as Owner Trustee §
for VRMTG Asset Trust, §
 §
Defendants. §

**FILED**

APR 2 3 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME DUE TO EXCUSABLE NEGLECT AND TECHNICAL FAILURE

**TO THE HONORABLE CHIEF DISTRICT JUDGE AMOS L. MAZZANT:**

Plaintiffs Jimmy Nguyen and Catherine Nguyen, appearing pro se, respectfully file this Motion for Leave to File their Response to Defendants' Motion to Dismiss (Dkt. 21) out of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Eastern District of Texas Local Rules CV-7(k) and CV-5(a)(10).

### I. BACKGROUND AND GOOD CAUSE

Defendants filed their Motion to Dismiss on April 8, 2026. Pursuant to Local Rule CV-7(e), Plaintiffs' Response was due on April 22, 2026. Plaintiffs diligently prepared their Response and attempted to execute the electronic filing prior to the midnight deadline. However, Plaintiffs encountered an unexpected PDF formatting and flattening error within the CM/ECF system that prevented the document from being successfully accepted by the server.

Attached hereto as **Exhibit 1** is a true and correct timestamped screenshot of the CM/ECF portal demonstrating that the system actively blocked the upload, generating the message: "ERROR: Document is malformed or contains code which may cause an external action... This PDF document cannot be accepted."

Pursuant to Local Rule CV-5(a)(10), a filing user whose filing is made untimely as the result of a technical failure may seek appropriate relief from the Court. Upon identifying the technical error, Plaintiffs immediately worked to flatten the PDF files and cure the formatting defects to comply with the Court's electronic filing standards.

## II. ARGUMENT FOR EXCUSABLE NEGLECT

Federal Rule of Civil Procedure 6(b)(1)(B) permits the Court to extend the time to file a document after the deadline has expired if the party failed to act because of excusable neglect. Furthermore, the Fifth Circuit has established a strong presumption in favor of resolving cases on their merits rather than on technical defaults.

Here, the delay is minimal (a matter of hours). Defendants will suffer absolutely no prejudice from this brief delay, as the litigation is still in its infancy and the Court's Scheduling Order (Dkt. 22) was only recently entered. The delay was not the result of bad faith or dilatory tactics, but rather a good-faith technical struggle by pro se litigants utilizing the CM/ECF portal, as evidenced by Exhibit 1.

Under Local Rule CV-7(i), as pro se litigants, Plaintiffs are exempt from the "meet and confer" and "certificate of conference" requirements prior to filing this motion.

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court GRANT this Motion for Leave under Local Rule CV-7(k), excuse the minimal delay, and DEEM the concurrently filed *Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss* as timely filed.

## CERTIFICATION AND DECLARATION UNDER PENALTY OF PERJURY

Pursuant to Local Rule CV-11(g), Plaintiffs certify that all legal and factual content in this filing has been reviewed and verified for accuracy.

Furthermore, I, Jimmy Nguyen, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the factual statements contained in this Motion regarding the technical failure of the CM/ECF system, and the authenticity of the attached Exhibit 1, are true and correct to the best of my knowledge, information, and belief.

Dated: April 23, 2026

Respectfully submitted,

_____

JIMMY NGUYEN, Pro Se

_____

CATHERINE NGUYEN, Pro Se
2421 Deerwood Drive
Little Elm, Texas 75068
Phone: (972) 379-7003
Email: shortsaledfw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, a true and correct copy of the foregoing Motion for

Leave, together with Exhibit 1 attached hereto, was filed electronically through the Court's

CM/ECF system, which will serve notice of electronic filing on all counsel of record.

Joseph M. Vacek
John Lawson
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
5601 Executive Drive, Suite 400
Irving, Texas 75038
Email: jlawson@raslg.com
Email: jvacek@raslg.com
Counsel for Defendants

JIMMY NGUYEN, Pro Se