# EXHIBIT 1

**Timestamped CM/ECF Error Screenshot (April 23, 2026 at 12:34 AM) Demonstrating Technical Failure and PDF Rejection"**

CM**ECF**    Civil ▾    Criminal ▾    Query    Reports ▾    Utilities ▾    Search    Help    Log Out

**Responses and Replies**
4:25-cv-00952-ALM-BD Nguyen
et al v. US Bank Trust National
Association et al

JURY,PROSE

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Click here for more information.

If you need further assistance, please contact the court.

Error File: C:\fakepath\ Plaintiffs_Response_Opposition_MTD_Dkt21.pdf

Submitted Entries

| File Type | Filename | Category | Description |
|---|---|---|---|
| Main Document | C:\fakepath\ Plaintiffs_Response_Opposition_MTD_Dkt21.pdf | - | - |
| Attachment #1 | C:\fakepath\Exhibit_A_Unexecuted_Note_Unredacted.pdf | Exhibit | Exhibit A |
| Attachment #2 | C:\fakepath\Proposed_Order_Denying_MTD.pdf | Proposed Order | Proposed Order |

Back

Google Chrome Canary
April 23, 2026 at 12:34:02 AM
Jimmy Nguyen

148.0.7776.0 (7776.0)
macOS 26.2.0